Nanette A. Colon, Esq.
ncolon@forthepeople.com
California Bar No. 214111
**MORGAN & MORGAN, P.A.**
6824 Griffin Road
Davie, FL  33314
Telephone: (866) 344-9243 / Fax: (954) 333-3515

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. FLORES, suing individually and on behalf of all other similarly situated persons,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>KAISER FOUNDATION HOSPITALS, a corporation, THE PERMANENTE MEDICAL GROUP, INC., a corporation, and KAISER FOUNDATION HEALTH PLAN, INC., a corporation.<br><br>　　　　　　　Defendants. | Case No.: CV09-4262 SVW (CWx)<br><br>CLASS/COLLECTIVE ACTION |

**VOLUNTARY NOTICE OF DISMISSAL OF CLAIMS WITHOUT PREJUDICE FILED BY FRANK E. FLORES**

Plaintiff, FRANK E. FLORES, pursuant to Rule 41 of the Federal Rules of Civil Procedure files his Voluntary Notice of Dismissal Without Prejudice.

DATED this 23rd day of September 2009.

>Respectfully submitted,
>
>**s/NANETTE COLON**
>Nanette Colon, Esq.
>CA Bar Number 214111
>MORGAN AND MORGAN
>6824 Griffin Road
>Davie, Florida 33314
>Telephone:  954-318-0268
>Facsimile:  954-333-3515
>E-mail:  nlevi@forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 23rd day of September 2009, using CM/ECF, which I understand will send a copy to all counsel of record.

>**/s NANETTE COLON**
>NANETTE  COLON